**DISMISS; and Opinion Filed February 22, 2018.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-17-01316-CV
_____

### ERIC DEWAYNE PRICE, Appellant
### V.
### JAMES SKOKAN & DIANA C. SKOKAN, AS TRUSTEES OF JAMES SKOKAN & DIANA C. SKOKAN 1989 INTER VIVOS TRUST, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-08631**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Lang-Miers

Appellant's brief in this case is overdue. By postcard dated January 16, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

171316F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERIC DEWAYNE PRICE, Appellant

No. 05-17-01316-CV     V.

JAMES SKOKAN & DIANA C.
SKOKAN, AS TRUSTEES OF JAMES
SKOKAN & DIANA C. SKOKAN 1989
INTER VIVOS TRUST, Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-08631.
Opinion delivered by Justice Lang-Miers.
Justices Myers and Boatright participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees JAMES SKOKAN & DIANA C. SKOKAN, AS
TRUSTEES OF JAMES SKOKAN & DIANA C. SKOKAN 1989 INTER VIVOS TRUST
recover their costs of this appeal from appellant ERIC DEWAYNE PRICE.


Judgment entered this 22nd day of February, 2018.